KINNEY v. RICE et al.

(Circuit Court, E. D. Pennsylvania. October 12, 1905.)

No. 64.

At Law. On motions to treat demurrers as a nullity and for judgment for want of an affidavit of defense.

Robert D. Kinney, for plaintiff.
Albert B. Weimer, for defendants.

J. B. McPHERSON, District Judge. The facts in this case are in all respects similar to the facts in Kinney v. Beaver et al. (No. 63, April sessions, 1904) 140 Fed. 792, in which an opinion has just been filed. For the reasons there stated, the plaintiff's motions to treat the demurrers as a nullity, and to enter judgment for want of an affidavit of defense, must both be refused.